ORDERED.

Dated: August 15, 2018

Cynthia C. Jackson
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

William W. Decker                                   Case No. 6:18-02975
                                                    Chapter 7

      Debtor(s).
_____/

## ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY PER 11 U.S.C. 722 (DE# 18)

THIS CAUSE, came on for consideration upon the Debtor's Motion to Redeem Personal Property (DE# 18) (the "Motion") pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, the Court deems the Motion to be uncontested.

Accordingly, it is

ORDERED

1. The Motion is GRANTED.

2. The proposed financing with Mattress One is approved.

3. The Debtor may redeem his used king mattress by paying the redemption amount of $500 directly to secured creditor Mattress One within 30 days of the date of this Order.

4. Upon timely receipt of such payment, creditor Mattress One shall release its lien and surrender the certificate of title.

5. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.

6. In the event of the failure of the Debtor to pay the redemption amount timely, the automatic stay shall immediately terminate.

Attorney Wayne B. Spivak is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.