ORDERED.

Dated: September 04, 2018

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE:

William W. Decker                          Case No. 6:18-02975-CCJ
                                                       Chapter 7

     Debtor(s).
_____/

**ORDER GRANTING AMENDED MOTION FOR TURNOVER OF FUNDS FROM
FAIRWINDS CREDIT UNION (DE# 23)**

THIS CAUSE, came on for consideration upon the Debtor's Amended Motion for Turnover of Funds from Fairwinds Credit Union (DE# 23) (the "Motion"), and this Court having noted that the motion was served with negative notice and more than 30 days have expired since the service of the motion and no response being filed; and the Court finds that it does have merit. Accordingly, it is

ORDERED

1. The Motion is GRANTED.

2. Fairwinds Credit Union shall refund the funds taken on March 23, 2018 from Debtor's Fairwinds Credit Union bank account# 2960 in the amount of $456.06

and Fairwinds Credit Union bank acct# 4890 in the amount of $114.50, for a total amount of $570.55, which were both taken after the filing of the bankruptcy petition.

3. Fairwinds Credit Union is hereby ordered to cease all withdrawals from Debtor's Fairwinds Credit Union bank acct#'s 2960 and 4890 in violation of the Automatic Stay according to 11 USC §362(a)(5).

4. Debtor's Attorney is awarded fees in the amount of $500 for filing this motion, which is to be remitted to Debtor's Attorney within 30 days of the date of this Order.

Attorney Wayne B. Spivak is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.